| PROB 22 (Rev 2/88) | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| | | 1:05-CR-00153-001 |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER (Rec. Court) |
| | | 3:14-00108-01 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| | WD/NY | Buffalo |
| Rashid Annoor<br>1310 Saxony Lake Drive<br>Nashville, Tennessee 37013 | NAME OF SENTENCING JUDGE | |
| | Honorable Richard J. Arcara, U.S. District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 02/24/14 | TO 02/23/17 |

OFFENSE

Possessing a Counterfeit Check With Intent to Deceive, in violation of Title 18, U.S.C. §513(a)

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE __Western__ DISTRICT OF __New York__

  IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the __Middle District of Tennessee__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

May 8, 2014
DATE

_[signature]_
UNITED STATES DISTRICT JUDGE

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE __Middle__ DISTRICT OF __Tennessee__

  IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

7/29/14
DATE

_[signature]_
UNITED STATES DISTRICT JUDGE